CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 22 2006
JOHN F. CORCORAN, CLERK
BY: /s/ Hupp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DOUGLAS LEE LINCOLN<br>Plaintiff, | Civil Action No. 7:06CV00452 |
| v. | **FINAL ORDER** |
| JOHN B. COLEMAN, et al.,<br>Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that the above-referenced petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court. Any pending motions are hereby **DENIED** as **MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 22nd day of September, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge